1  THOMAS F. CARLUCCI, CA Bar No. 135767
     tcarlucci@foley.com
2  JAIME DORENBAUM, CA Bar No. 289555
     jdorenbaum@foley.com
3  **FOLEY & LARDNER LLP**
   555 CALIFORNIA STREET
4  SUITE 1700
   SAN FRANCISCO, CA 94104-1520
5  TELEPHONE:  415.434.4484
   FACSIMILE:   415.434.4507

Attorneys for Defendant
JING ZENG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3-15-71060 MAG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER AMENDING CONDITIONS OF RELEASE AMENDMENT** |
| vs. | |
| JING ZENG, | |
| Defendant. | |

**STIPULATION**

1. Defendant Jing Zeng, by and through counsel, respectfully requests this Court, pursuant to 18 U.S.C. § 3142(c)(3), to amend the conditions of release previously set on August 25, 2015.

2. On August 25, 2015, the Court imposed as a condition of release on bond that Mr. Zeng can only leave his home for the purpose of "work, childcare, attorney visiting" when Mr. Zeng receives advanced approval by Pretrial Services.

3. Counsel for the Defendant respectfully requests Mr. Zeng's conditions of release be modified so that Mr. Zeng be permitted to leave his home for the purposes of attending to his work as a real-estate agent without advanced approval from Pretrial Services pursuant to the following curfew: Tuesday through Friday 6:00 p.m. to 9:00 p.m. and Saturday 10:00 a.m. to 4:00 p.m.  At all other times not covered by this curfew, Mr. Zeng would remain subject to the conditions of release set on August 25, 2015.  The government does not object to Mr. Zeng's request.

So stipulated and agreed,

Dated:  October 5, 2015

/s/ Thomas F. Carlucci
THOMAS F. CARLUCCI
Attorney for Jing Zeng

Dated:  October 5, 2015

/s/
JOHN H. HEMANN
Assistant U.S. Attorney

//
//
//
//

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Mr. Zeng's Conditions of Release are hereby amended so that Mr. Zeng is permitted to leave his home for the purposes of attending to his work as a real-estate agent without advanced approval from Pretrial Services pursuant to the following curfew: Tuesday through Friday 6:00 p.m. to 9:00 p.m. and Saturday 10:00 a.m. to 4:00 p.m. At all other times not covered by this curfew, Mr. Zeng shall remain subject to the conditions of release set on August 25, 2015.

Dated: _____

SALLIE KIM
United States Magistrate Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served to all counsel of record, listed below, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil L.R 5-1.  The undersigned further certifies that a true and correct copy of the foregoing document has been served via mail and e-mail on the counsel of record who are not registered participants of the CM/ECF system, listed below.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on October 5, 2015.

/s/ Thomas F. Carlucci

THOMAS F. CARLUCCI

ELECTRONIC MAIL NOTICE LIST

Candace Kelly     Candace.Kelly@usdoj.gov, rosario.calderon2@usdoj.gov

John Henry Hemann     john.hemann@usdoj.gov, jacquelyn.lovrin@usdoj.gov

COURTESY COPY
Chambers Copy
Sallie Kim
United States Magistrate Judge
Clerk's Office
San Francisco Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102
Case No. 3-15-71060